# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| THOMAS P. SURRARRER, *et al.*, | CASE NO. 1:18 CV1562 |
| Plaintiff-Appellants, | JUDGE DONALD C. NUGENT |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| HSBC BANK USA NATIONAL ASSOC., *et al.*, | |
| Defendant-Appellees. | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge Thomas M. Parker. (ECF #14). Magistrate Judge Parker issued a Report and Recommendation recommending that Defendants/Appellees' amended motion to strike Plaintiffs/Appellants supplemental exhibits (ECF #11) be GRANTED. As the Plaintiffs/Appellants did not oppose the request, and the filing sought to be stricken did not comply with Fed. R. Bankr. P. 8009(a)(1)(A), the Court hereby adopts the Report and Recommendation in its entirety. The Motion to Strike is hereby GRANTED and Plaintiffs/Appellants are ordered to promptly correct the record to bring it into compliance with Fed. R. Bankr. P. 8009. IT IS SO ORDERED.

DATED: October 19, 2018

DONALD C. NUGENT
United States District Judge